PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

FILED
JAMES BONINI
CLERK

07 MAR 22 AM 11: 57

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

### Report on Offender Under Supervision

Name of Offender: **Cortney Lee Transier**          Case Number: **1:02CR00058**

Name of Sentencing Judicial Officer:   **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **January 10, 2003**

Original Offense: **Conspiracy to Distribute in Excess of 100 Kilograms of Marijuana, a Class B Felony, in violation of 21 U.S.C. § 846 and 841(a)(1) and (b)(1)(B).**

Original Sentence: **46 month(s) prison, 48 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**      Date Supervision Commenced: **October 7, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 "The defendant shall not commit another federal, state, or local crime." | On February 26, 2007, Transier was charged with Domestic Violence in Hamilton County, Ohio Municipal Court (case number C/07/CRA/6639). It is alleged he knowingly caused physical harm to his wife, Amy Transier, on that date. |

U.S. Probation Officer Action:   On February 26, 2007, Transier was charged with Domestic Violence in Hamilton County, Ohio Municipal Court (case number C/07/CRA/6639.) It is alleged he knowingly caused physical harm to his wife, Amy Transier. This officer interviewed Amy Transier on February 28, 2007. She stated she and the offender became involved in an altercation during which he pushed and struck her about her body. She reportedly became fearful and called the police. Responding officers spoke with both parties and ultimately placed the offender under arrest. He was charged with Domestic Violence, a Fourth Degree Felony. The case is currently pending and a Temporary Protection Order against the offender is in place. Amy Transier advised this officer she is not willing to provide a written statement, nor would she appear at any future violation hearing regarding the alleged charge. She stated it was her belief the offender was in enough trouble, and she did not want to make things worse.

The offender was interviewed separately. He stated he and his wife were involved in an argument on February 26, 2007, but it was only verbal. He stated his wife lied about being struck in order to force him to leave the residence. He alleges Amy Transier has made statements to his parents indicating she did not tell the truth and she was sorry she called the police. This officer directed Transier to have no contact with his wife or children until the Protection Order and charge are resolved.

Transier is currently residing with his parents. The Court recently modified his conditions of supervision directing him to reside in a Residential Reentry Center for a term of four months after he was terminated from substance abuse treatment. He is to report to the Talbert House on Friday, March 9, 2007.

**TRANSIER, Cortney**                                                                 Page Two
1:02CR00058

Based upon the unwillingness of Amy Transier to substantiate the domestic violence allegation and the fact the offender is scheduled to report to the Talbert House on March 9, 2007, it is respectfully recommended the Court take no action at this time. This officer will continue to follow the Domestic Violence case and submit an updated report if the offender is convicted or additional evidence is obtained.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]* | by | *[signature]* |
|  | **Thomas Barbeau** |  | **John Cole** |
|  | U. S. Probation Officer |  | Supervising U. S. Probation Officer |
|  | Date:    **March 6, 2007** |  | Date:    **March 6, 2007** |

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

3/7/07
Date