PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

FILED
JAMES BONINI
CLERK

07 MAY 15 AM 8: 43

### Report on Offender Under Supervision

Name of Offender: **Cortney Lee Transier**          Case Number: **1:02CR00058-02**

Name of Sentencing Judicial Officer:    **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **January 10, 2003**

Original Offense: **Conspiracy to Distribute in Excess of 100 Kilograms of Marijuana, a Class B Felony, in violation of 21 U.S.C. § 846 and 841(a)(1) and (b)(1)(B).**

Original Sentence: **46 month(s) prison, 48 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**      Date Supervision Commenced: **October 7, 2005**

---

**U.S. Probation Officer Action:** On March 6, 2007, this officer submitted a report to the Court indicating Transier was charged with Domestic Violence in Hamilton County, Ohio Municipal Court (case number C/07/CRA/6639) on February 26, 2007. It was alleged he knowingly caused physical harm to his wife, Amy Transier. The Court concurred with this officer's recommendation that no action be taken pending the outcome of the case. In addition, the Court recently modified Transier's conditions of supervision directing him to reside in a Residential Reentry Center for a term of four months after he was terminated from substance abuse treatment. He reported to the Talbert House on Friday, March 9, 2007. He is residing at that facility and is participating in substance abuse treatment.

This officer is writing to notify the Court that the Domestic Violence charge against Transier was dismissed for want of prosecution. This officer recommends no further action be taken against the offender in this matter.

Respectfully submitted,                              Approved,

by  *[signature]*                                    by  *[signature]*
   **Thomas Barbeau**                                   **John Cole**
   U. S. Probation Officer                              Supervising U. S. Probation Officer
   Date:  **May 14, 2007**                              Date:  **May 14, 2007**

---

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

5/14/07
Date