PROB 12C
Rev 2/03
RE: TRANSIER, Cortney

# United States District Court

for

## Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Cortney Lee Transier**                      Case Number: **1:02CR00058-02**

Name of Sentencing Judicial Officer:    **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **January 10, 2003**

Original Offense: **Conspiracy to Distribute in Excess of 100 Kilograms of Marijuana, a Class B Felony, in violation of 21 U.S.C. § 846 and 841(a)(1) and (b)(1)(B).**

Original Sentence: **46 month(s) prison, 48 month(s) supervised release,**

Type of Supervision: **Term Of Supervised Release**      Date Supervision Commenced: **October 7, 2005**

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue an Order to Appear and Show Cause
[ ]   To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **Condition #8: "You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."**<br><br>Transier submitted urine samples on August 4, 2006, August 15, 2006, September 14, 2007 and September 17, 2007 which tested positive for extended opiates. He submitted a sample on January 31, 2007 which tested positive for cocaine. |

U.S. Probation Officer Recommendation:

Transier was released to a 48 month term of Supervised Release on October 7, 2005. He has been supervised by this officer since that time.

Transier was placed in outpatient substance abuse treatment at Northland Intervention Center in Amelia, Ohio in August 2006. However, he was placed into inpatient drug treatment at the Center for Chemical Addictions Treatment (CCAT) on September 7, 2006 for drug detoxification, but he left against staff recommendation three days later. Transier returned to outpatient treatment at Northland, but was unsuccessfully terminated from that agency on February 7, 2007 after he became non-compliant.

As a result of his termination from Northland, the Court modified Transier's conditions of supervision and

PROB 12C  
Rev 2/03  
RE: TRANSIER, Cortney

2

directed him to complete a four month stay in a Residential Reentry Center. Transier successfully completed the Talbert House- Cornerstone program on July 9, 2007. While there, he maintained full-time employment and participated in outpatient drug treatment at the Crossroads Center in Cincinnati, Ohio.

This officer is writing to advise the Court Transier submitted urine samples on September 14, 2007 and September 17, 2007 which tested positive for extended opiates. Previously, Transier has submitted urine samples August 4, 2006 and August 15, 2006 which tested positive for extended opiates, and January 31, 2007 which tested positive for cocaine.

Transier continues to abuse illegal drugs despite participating in inpatient detoxification, two outpatient treatment programs, and completing a four month Residential Reentry Center stay which was a sanction for non-compliance with treatment. He has a serious prior drug use history, and it is this officer's opinion that Transier represents a threat to himself and the community while abusing illegal drugs. It is therefore respectfully recommended that the Court issue a warrant for Transier's arrest so that he may be brought before the Court to answer why his supervision should not be revoked.

The term of supervision should be
- [X] Revoked.
- [ ] Extended for years, for a total term of years.
- [ ] Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
- [ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 26, 2007**

Approved,

by

**Thomas Barbeau**  
U.S. Probation Officer  
Date: **September 26, 2007**

**Robert C. Frommeyer, Jr.**  
Supervising U.S. Probation Officer  
Date: 9/26/07

THE COURT ORDERS:

- [ ] No Action
- [✓] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
- [ ] The Issuance of an Order to Appear and Show Cause
- [ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
- [ ] Other

Signature of Judicial Officer

10/2/07  
Date