CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:02cr58-2

vs

CORTNEY LEE TRANSIER

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:    ditigal recording
Date:              10/9/07 @ 1:30

Attorney for USA:           Toni Oakley
Attorney for Defendant:     Federal Public Defender  C. Ravenna Hudson

✓ Initial appearance held. Defendant informed of rights and charges.

✓ Case continued for Probable Cause Hearing ✓   Detention Hearing ✓
  on _____ Thu  10/12/07  1:30 _____

___ Probable cause hearing held/waived.  Defendant to appear before District Judge
    _____ for Probation Violation/supervised release hearing.

___ Probable cause found / not found

___ Defendant DETAINED pending hearing.
___ Defendant RELEASED on _____ bond

✓ Order APPOINTING counsel   FPD

Remarks:
_____
_____
_____

FILED
JAMES BONINI
CLERK
07 OCT -9 PM 2:36
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI