CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:02-58-2

vs

CORTNEY LEE TRANSIER

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:    Maryann Maffia
Date:              10/12/07 @ 1:30

Attorney for USA:        Robert Buchlee
Attorney for Defendant:  Federal Public Defender  c Ranson Hudson

\_\_\_\_\_ Initial appearance held. Defendant informed of rights and charges.

\_\_\_\_\_ Case continued for Probable Cause Hearing \_\_\_\_\_ Detention Hearing \_\_\_\_\_
        on _____

__X__ Probable cause hearing held / (waived). Defendant to appear before District Judge
      _____ for Probation Violation/supervised release hearing.

\_\_\_\_\_ Probable cause found / not found

__X__ Defendant DETAINED pending hearing.
\_\_\_\_\_ Defendant RELEASED on _____ bond

\_\_\_\_\_ Order APPOINTING counsel _____

Remarks:
_____
_____
_____