AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Ohio

UNITED STATES OF AMERICA

V.

Cortney Lee Transier

**WARRANT FOR ARREST**

Case Number: 1:02-cr-58-2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **CORTNEY LEE TRANSIER** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain   Order of court    Violation    X Probation Violation Petition

charging him or her    (brief description of offense)

See Petition attached

in violation of _____ United States Code, Section(s) _____

Mary C. Brown
Name of Issuing Officer

/s/ M. C. Brown
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

October 2, 2007 at Cincinnati, Ohio
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant   ar | | |
| USMS Cincinnati. | | |
| DATE RECEIVED<br>10/2/07<br>DATE OF ARREST<br>10/5/07 | NAME AND TITLE OF ARRESTING OFFICER<br>George Earls  DUSM | SIGNATURE OF ARRESTING OFFICER |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ _____

ALIAS: _____ _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____