# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.                              Case No. 1:02-cr-58-2

**Cortney Transier**

### CRIMINAL MINUTES - *Sentencing on Revocation*
*(2:00 - 2:14)*

U.S. ATTORNEY PRESENT: *Robert Brichler*

COUNSEL FOR DEFENDANT: *Ransom Hudson*

PROBATION OFFICER: *Tom Barbeau*

Waiver of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of:  Indictment _____   Information _____

Statement of Agent _____

Defendant pleads: **GUILTY**_____

   **NOT GUILTY**_____

   **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of_____ Continued ____ Set _____

Defendant in custody ~~pursuant to pretrial detention order~~ *pursuant to revocation* ✓

An appeal of sentence to be filed by Clerk of Court _____ ✓

Defendant does not desire an appeal to be filed by the Clerk at this time __✓__

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

Defense attorney's request for permission to withdraw as counsel is _____

U.S. Court of Appeals to appoint counsel for appeal purposes (only if defendant currently has *in forma pauperis* status) _____

**PROCEEDINGS:** ∆ admits violation. Supervised release is REVOKED. 2 years supervised release, the first 4 months to be placed into a residential reentry center. ∆ to remain incarcerated until placement into facility. 3 months imprisonment followed by

**Court Personnel**

Honorable: Sandra S. Beckwith, Chief Judge
Deputy Clerk: Mary Brown
Court Reporter: M. U. Ram (Official)
Date: Monday, November 26, 2007

2